**STATE of Missouri, Respondent,**

v.

**Joel B. RODRIGUEZ, Appellant.**

**No. WD 46064.**

Missouri Court of Appeals, Western District.

March 9, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 1993.

Marcie W. Bower, Office of the State Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

#### ORDER

PER CURIAM.

Appeal from a conviction of assault in the second degree, § 565.060, RSMo 1986.

Affirmed. Rule 30.25(b).